**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2007-1, its assignees and/or successors,<br><br>  Plaintiff,<br><br>  vs.<br><br>Ella Vitug, and DOES 1-10, inclusive,<br><br>  Defendant(s). | Case No.: 5:25-cv-00065-JGB-SHK<br><br>Removed from Riverside County Superior Court, Case UDCO02400433<br><br>**ORDER REMANDING CASE TO SUPERIOR COURT** |

1     The Court has reviewed the Ex Parte Motion to Remand (Dkt. No. 7) filed by Plaintiff Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2007-1, its assignees and/or successors.

    **GOOD CAUSE HAVING BEEN SHOWN,** this Court finds that it lacks subject matter jurisdiction over this action because Plaintiff's right to relief on the unlawful detainer claim does not depend on the resolution of a substantial question of federal law.  See <u>Evans v. Superior Court</u>, 67 Cal. App. 3d 162, 168 (1977).

    **IT IS HEREBY ORDERED** that the Ex Parte Motion to Remand is **GRANTED** and the instant case is remanded to the California Superior Court, County of Riverside.

Dated: January 31, 2025

                              Hon. Jesus Bernal
                              United States District Judge